BRETZ & COVEN, LLP

Eileen Collins Bretz
Kerry William Bretz

Andrew Franco
Jennifer P. Haines
Tahir Ali Raza

August 31, 2026

Honorable Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE: *CZEKAJ v. TSOUKARIS, et al.*, No. 3:26-cv-10214 (RK)**
**Consent Letter Request for Leave to Withdraw as Counsel**

Dear Judge Kirsch:

I represent Petitioner in the above-captioned matter. I respectfully write to request leave to withdraw as counsel for Petitioner pursuant to Local Civil Rule 102.1. Petitioner has discharged undersigned counsel and terminated the attorney-client relationship. Accordingly, I request that the Court permit my withdrawal from this matter and terminate my appearance on the docket.

I have conferred with counsel for Respondents regarding this request. Assistant United States Attorney Jewell Christian Stewart has advised that Respondents consent to the requested withdrawal.

Respectfully submitted,

*s/Arielle L. Yacker*
Arielle L. Yacker
Bretz & Coven, LLP
*Attorney for Petitioner*

Cc: Counsel for Respondents via ECF, e-mail

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:**
**9/29/2026**